Same case below, 394 Fed. Appx. 67.

**No. 10-7833. Gregory O. Tate, Petitioner v. California.**

562 U.S. 1274, 131 S. Ct. 1605, 179 L. Ed. 2d 506, 2011 U.S. LEXIS 2022.

March 7, 2011. Petition for writ of certiorari to the Supreme Court of California denied.

Same case below, 49 Cal. 4th 635, 112 Cal. Rptr. 3d 156, 234 P.3d 428.

**No. 10-7834. Vincent Leslie Mashek, Petitioner v. United States.**

562 U.S. 1274, 131 S. Ct. 1605, 179 L. Ed. 2d 506, 2011 U.S. LEXIS 2100.

March 7, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Eighth Circuit denied.

Same case below, 606 F.3d 922.

**No. 10-7852. Ronald Phillips, Petitioner v. Margaret Bradshaw, Warden.**

562 U.S. 1274, 131 S. Ct. 1605, 179 L. Ed. 2d 506, 2011 U.S. LEXIS 1920.

March 7, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Sixth Circuit denied.

Same case below, 607 F.3d 199.

**No. 10-7892. Sylvester Thomas, Petitioner v. Bryan Bartow, Warden.**

562 U.S. 1274, 131 S. Ct. 1606, 179 L. Ed. 2d 506, 2011 U.S. LEXIS 1977.

March 7, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Seventh Circuit denied.

**No. 10-8172. Randall Wayne Mays, Petitioner v. Texas.**

562 U.S. 1274, 131 S. Ct. 1606, 179 L. Ed. 2d 506, 2011 U.S. LEXIS 2014.

March 7, 2011. Petition for writ of certiorari to the Court of Criminal Appeals of Texas denied.

Same case below, 318 S.W.3d 368.

**No. 10-8174. Paul Scott Klein, Petitioner v. Nevada.**

562 U.S. 1274, 131 S. Ct. 1606, 179 L. Ed. 2d 506, 2011 U.S. LEXIS 2075.

March 7, 2011. Petition for writ of certiorari to the Supreme Court of Nevada denied.

Same case below, 126 Nev. 730.

**No. 10-8182. Adrienne F. McGlone, Petitioner v. Joe L. Austin.**

562 U.S. 1274, 131 S. Ct. 1607, 179 L. Ed. 2d 506, 2011 U.S. LEXIS 1936,

March 7, 2011. Petition for writ of certiorari to the Appeals Court of Massachusetts denied.